USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 2 3 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

ROCHESTER DRUG CO-OPERATIVE,
INC.,

    Defendant.

- - - - - - - - - - - - - - - - x

**WAIVER OF INDICTMENT**

19 Cr. ___ (NRB)

19 CRIM 290

The above-named defendant, who is accused of violating Title 21, United States Code, Sections 841, 842, and 846 and Title 18, United States Code, Section 371, being advised of the nature of the charges and of its rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                          *John T. Kenning*  Interim CEO
                          ROCHESTER DRUG CO-OPERATIVE, INC.
                          Defendant

                          Witness

                          DOUGLAS FARQUHAR, ESQ.
                          Counsel for Defendant

Date:   New York, New York
        April 23, 2019

JUDGE BUCHWALD