```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/6/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
: 19-CR-290 (NRB)
UNITED STATES OF AMERICA :
: **ORDER ON**
Plaintiff, :
: **MOTION FOR ADMISSION**
v. :
: **PRO HAC VICE**
ROCHESTER DRUG CO-OPERATIVE, INC. :
:
Defendant :
------------------------------------x

The motion of Douglas B. Farquhar, for admission to practice Pro Hac Vice in the above-captioned section is granted.

Applicant has declared that he is a member in good standing of the bars of the State of Maryland and the District of Columbia and that his contact information is as follows:

> Douglas B. Farquhar
> Hyman, Phelps & McNamara, P.C.
> 700 13th Street, N.W., Suite 1200
> Washington, D.C. 20005
> Tel: 202 737 9624
> Fax: 202 737 9329
> Email: dfarquhar@hpm.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Rochester Drug Co-Operative Inc. in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of Attorneys.

Dated: May 6, 2019

_____
United States District/Magistrate Judge